## I. G. GIBSON v. THE STATE.

No. 8307.    Decided January 30, 1924.

**Forgery—Suspened Sentence—Right of Appeal.**

Where, upon trial of forgery, defendant made application to recommend a *suspension of sentence* which was done by the jury and the judgment is in accordance therewith he cannot appeal, there being no final judgment and the appeal is dismissed. Following Thomas v. State, 87 Texas Crim. Rep., 153, and other cases.

Appeal from the District Court of Gonzales. Tried below before the Honorable Lester Holt.

Appeal from a conviction of forgery; penalty, two years imprisonment in the penitentiary with a suspended sentence.

The opinion states the case.

No brief on file for appellant.

*Tom Garrard* and *Grover C. Morris,* Assistants Attorney General, for the State.

HAWKINS, JUDGE.—The indictment charges forgery. Appellant made application requesting the jury to recommend a suspension of his sentence in the event of his conviction. The verdict of the jury pronounced him guilty, fixing his punishment at two years in the penitentiary, and recommended that sentence be suspended. The judgment is in accord therewith, and suspends the sentence during the good behavior of appellant. Notwithstanding this he is seeking to have this court review his case. There is no final judgment from which an appeal may be prosecuted. Bierman v. State, 73 Texas Crim. Rep., 284, 164 S. W. Rep., 840; Thomas v. State, 87 Texas Crim. Rep., 153, 219 S. W. Rep., 1100.

The appeal is dismissed.

*Dismissed.*